B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kochanski, Jan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kochanski, Ewa** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0620** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9385** |
| Street Address of Debtor (No. and Street, City, and State):<br>**25 N. Knight**<br>**Park Ridge, IL**                         ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**25 N. Knight**<br>**Park Ridge, IL**                         ZIP Code **60068** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13     □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     □ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| □<br>1-49 | ■<br>50-99 | □<br>100-199 | □<br>200-999 | □<br>1,000-5,000 | □<br>5,001-10,000 | □<br>10,001-25,000 | □<br>25,001-50,000 | □<br>50,001-100,000 | □<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | □<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | □<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kochanski, Jan**<br>**Kochanski, Ewa** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) June 29, 2010<br>Signature of Attorney for Debtor(s)         (Date)<br>**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)    Page 3

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kochanski, Jan**<br>**Kochanski, Ewa** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jan Kochanski**
Signature of Debtor **Jan Kochanski**

X **/s/ Ewa Kochanski**
Signature of Joint Debtor **Ewa Kochanski**

Telephone Number (If not represented by attorney)

**June 29, 2010**
Date

**Signature of Attorney***

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**4043 Dempster**
**Skokie, IL 60076**

Address

**Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
Telephone Number

**June 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jan Kochanski**
**Ewa Kochanski**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jan Kochanski**

**Jan Kochanski**

Date:   **June 29, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jan Kochanski**
**Ewa Kochanski**
_____
Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ewa Kochanski**
                        **Ewa Kochanski**

Date:   **June 29, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jan Kochanski,**
      **Ewa Kochanski**

Case No. _____

                                       Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 216.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 737,037.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,870.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,391.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 4,650.00 | | |
| | | Total Liabilities | | 737,253.46 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jan Kochanski,**                 Case No. _____

      **Ewa Kochanski**

_____ ,

                                  Debtors          Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 216.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 216.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 2,870.00 |
| Average Expenses (from Schedule J, Line 18) | 3,391.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,090.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 216.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 737,037.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 737,037.46 |

B6A (Official Form 6A) (12/07)

In re    **Jan Kochanski,**                                              Case No. _____
         **Ewa Kochanski**
         _____,
                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

_**0**_ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Jan Kochanski,**                                                              Case No. _____
         **Ewa Kochanski**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash on hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account at Bank of America** | J | 750.00 |
| | | **Personal savings account at Bank of America** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel** | J | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **3,400.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jan Kochanski,**                                    Case No. _____
         **Ewa Kochanski**
_____,
                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Self employment as a truck driver** | **H** | **0.00** |
| | | **Self employment as a babysitter/child care taker** | **W** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possable claim of construction lien against property at 300 w. Hill, Chicago, Illinois Contact: Steven F. Boucher: (773) 594-9090** | **J** | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jan Kochanski,**                                          Case No. _____
     **Ewa Kochanski**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **General construction tools for masonry business** | H | 1,250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **1,250.00** |
| (Total of this page) | |
| Total > | **4,650.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Jan Kochanski,**                                                    Case No. _____
      **Ewa Kochanski**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account at Bank of America** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Personal savings account at Bank of America** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **General and ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Self employment as a truck driver** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Self employment as a babysitter/child care taker** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **General construction tools for masonry business** | **735 ILCS 5/12-1001(d)** | **1,250.00** | **1,250.00** |

Total:     **4,650.00**    **4,650.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Jan Kochanski,**                                    Case No. _____
       **Ewa Kochanski**

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Jan Kochanski,**
       **Ewa Kochanski**
_____,
                    Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Jan Kochanski,**
    **Ewa Kochanski**

Case No. _____

Debtors,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-9385** | | | December 2008 | | | | | | |
| **Creditor #: 1** **Illinois Department of Employment S** **PO Box 19286** **Springfield, IL 62794-9286** | | W | Overpayment | | | | | 0.00 | |
| | | | | | | | **216.00** | | **216.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | **216.00** | **216.00** |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | **216.00** | **216.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Jan Kochanski,**                                    Case No. _____
         **Ewa Kochanski**
                                                          ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **10213478** | | | | | **09/2006** | | | | |
| **Creditor #: 1** **Advanced Radiology Associates** **c/o Illinois Collection Service** **PO Box 1010** **Tinley Park, IL 60477-9110** | | | | J | **Medical Creditor #261523** | | | | **33.82** |
| Account No. **1001495844  //  07-CH-29600** | | | | | **Opened 10/01/06** | | | | |
| **Creditor #: 2** **American Home Mtg Svci** **4600 Regent Blvd Ste 200** **Irving, TX 75063** | | H | | | **Mortgage on 2348 Manor Lane, Park Ridge, Illinois 60068. Forclosed upon.  Report of Sale and Distribution & Order of Possession on July 29, 2008.  Amount of any outstanding balance unknown.** | | X | | **Unknown** |
| Account No. | | | | | | | | | |
| **US Bank, N.A.** **c/o Codilis & Assoc.** **15W030 N. Frontage Rd.** **Burr Ridge, IL 60527** | | | | | **Representing:** **American Home Mtg Svci** | | | | **Notice Only** |
| Account No. **4988-8200-0528-3386** | | | | | **Prior to 05/2008** | | | | |
| **Creditor #: 3** **American Recovery Service, Inc.** **L.V. Call Center** **555 St. Charles Dr, Suite 100** **Thousand Oaks, CA 91360** | | | | J | **Business Expenses; maybe personally guaranteed by debtor.** **First Equity Card** | | X | | **2,243.91** |
| __29__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **2,277.73** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:30457-100528    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
     **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **31451107** <br><br> **Creditor #: 4** <br> **Amrcn Hm Mtg** <br> **Po B  631730** <br> **Irving, TX 75063** | | H | **Opened 10/26/06** <br> **2nd Mortgage on 2348 Manor Lane, Park Ridge, Illinois 60068. Original amount aprox. $197,000.** | | X | | **239,061.00** |
| Account No. <br><br> **Real Time Resolutions, Inc.** <br> **PO Box 36655** <br> **Dallas, TX 75235-1655** | | | **Representing:** <br> **Amrcn Hm Mtg** | | | | **Notice Only** |
| Account No. <br><br> **Real Time Resolutions, Inc.** <br> **PO Box 35888** <br> **Dallas, TX 75235-1655** | | | **Representing:** <br> **Amrcn Hm Mtg** | | | | **Notice Only** |
| Account No. **41432103** <br><br> **Creditor #: 5** <br> **Arrow Fincl** <br> **8589 Aero Drive** <br> **San Diego, CA 92123** | | W | **Opened  1/22/08** <br> **Collection Hsbc Bank Nevada Na** | | | | **1,462.00** |
| Account No. **HSBC BANK-41432103** <br><br> **Creditor #: 6** <br> **Arrow Ser** <br> **5996 West Touhy Ave  Po #** <br> **Smi-0000013221** <br> **Niles, IL 60714** | | W | **Last Active  7/01/07** <br> **Collections** | | X | | **1,446.00** |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 
|---|
| **241,969.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**                                                    Case No. _____
         **Ewa Kochanski**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **35457991** | | | Opened 11/14/07  Last Active 11/01/04 Collection Nicor Gas Company | | | | |
| **Creditor #: 7** **Asset Accept** **Po Box 2036** **Warren, MI 48090** | | J | | | | | 53.00 |
| Account No. **0515615594001** | | | 03/2008 Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor Fidelity #1358649 | | | | |
| **Creditor #: 8** **AT&T** **c/o American Recovery Services, Inc** **555 St. Charles Drive, Suite 100** **Thousand Oaks, CA 91360** | | J | | | | | 161.81 |
| Account No. | | | Representing: AT&T | | | | |
| **ARSI** **LV CAll Center** **PO Box 1025** **Thousand Oaks, CA 91358-0025** | | | | | | | Notice Only |
| Account No. | | | Representing: AT&T | | | | |
| **Fidelity National Credit Services** **Po Box 3051** **Orange, CA 92857** | | | | | | | Notice Only |
| Account No. **500363036** | | | 03/2008 Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor | | | | |
| **Creditor #: 9** **AT&T /Dex** **8519 Innowation Way** **Chicago, IL 60682-0085** | | J | | | | | 2,858.52 |

Sheet no. __**2**__ of __**29**__ sheets attached to Schedule of                    Subtotal                   | 3,073.33
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**
     **Ewa Kochanski**
                                            ,
                                   **Debtors**

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.**<br><br>**Dex**<br>**Customer Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** | | | | Representing:<br>AT&T /Dex | | | | **Notice Only** |
| **Account No. 5490-9946-9677-6822**<br><br>**Creditor #: 10**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5710** | | J | | Credit account. | | | | **11,814.14** |
| **Account No. 5490-9949-9899-3687**<br><br>**Creditor #: 11**<br>**Bk Of Amer**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | | W | | Opened 5/11/00 Last Active 7/01/07<br>CreditCard-- Credit Account<br>NCO #WH7391 | | | | **11,814.00** |
| **Account No.**<br><br>**NCO Finaical Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | Representing:<br>Bk Of Amer | | | | **Notice Only** |
| **Account No.**<br><br>**NCO Financial**<br>**PO Box 17080**<br>**Wilmington, DE 19850-7080** | | | | Representing:<br>Bk Of Amer | | | | **Notice Only** |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,628.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
      **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **117863A380** <br><br>**Creditor #: 12** <br>**Bonaventure Medical Corp** <br>**PO Box 843147** <br>**Boston, MA 02284-3147** | | J | **06/2008** <br>**Medical** | | | | **3,080.00** |
| Account No. <br><br>**Alexian Brothers Medical Group** <br>**PO Box 843147** <br>**Boston, MA 02284-3147** | | | **Representing:** <br>**Bonaventure Medical Corp** | | | | **Notice Only** |
| Account No. <br><br>**Bonaventure Medical Corp** <br>**3040 Salt Creek Lane** <br>**Arlington Heights, IL 60005** | | | **Representing:** <br>**Bonaventure Medical Corp** | | | | **Notice Only** |
| Account No. **5178-0521-8044-6052/08M1199045** <br><br>**Creditor #: 13** <br>**Cap One** <br>**Pob 30281** <br>**Salt Lake City, UT 84130** | | H | **Opened  4/08/02** <br>**Credit account.** | | | X | **6,352.00** |
| Account No. <br><br>**Blitt & Gains, P.C.** <br>**661 Glenn Ave.** <br>**Wheeling, IL 60090** | | | **Representing:** <br>**Cap One** | | | | **Notice Only** |

Sheet no. __**4**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,432.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jan Kochanski,**
   **Ewa Kochanski**

Case No. _____

                                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178-0526-1325-7217** | | | Opened 12/07/05 Credit account. | | | | |
| **Creditor #: 14** **Cap One** **Pob 30281** **Salt Lake City, UT 84130** | | W | | | X | | |
| | | | | | | | **583.00** |
| Account No. | | | | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | | Representing: Cap One | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | | | Representing: Cap One | | | | **Notice Only** |
| Account No. | | | | | | | |
| **NCO Finaical Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | Representing: Cap One | | | | **Notice Only** |
| Account No. | | | | | | | |
| **NCO Financial** **PO Box 15894** **Wilmington, DE 19850-5894** | | | Representing: Cap One | | | | **Notice Only** |

Sheet no. \_\_**5**\_\_ of \_\_**29**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**583.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jan Kochanski,**
    **Ewa Kochanski**

Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4115-0726-0091-7911** | | | **12/2007** **Credit account** | | | | |
| **Creditor #: 15** **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | J | | | | | **794.94** |
| Account No. | | | | | | | |
| **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | | | **Representing:** **Capital One** | | | | **Notice Only** |
| Account No. **4802-1322-9984-1257** | | | **Business credit account.** | | | | |
| **Creditor #: 16** **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | X | H | | | X | | **8,445.79** |
| Account No. **4115-0717-3584-4214** | | | **08/2008** **Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | |
| **Creditor #: 17** **Capital One Bank** **c/o NCO Financial** **507 Prudential Road** **Horsham, PA 19044** | | J | | | | | **2,415.47** |
| Account No. | | | | | | | |
| **Capital One** **PO Box 70884** **Charlotte, NC 28272-0884** | | | **Representing:** **Capital One Bank** | | | | **Notice Only** |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,656.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
      **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Capital One Services** <br> **Po Box 26094** <br> **Richmond, VA 23260-6094** | | | | | Representing: <br> **Capital One Bank** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial** <br> **PO Box 15894** <br> **Wilmington, DE 19850-5894** | | | | | Representing: <br> **Capital One Bank** | | | | **Notice Only** |
| Account No. **283514073** <br> **Creditor #: 18** <br> **Capital One Bank, N.A.** <br> **MRC Associates, Inc.** <br> **1930 Olney Ave.,** <br> **Cherry Hill, NJ 08003** | J | | | | **Credit account.** | | | | **600.73** |
| Account No. **12969968** <br><br> **MRS Associates, Inc.** <br> **1930 Olney Avenue** <br> **Cherry Hill, NJ 08003** | | | | | Representing: <br> **Capital One Bank, N.A.** | | | | **Notice Only** |
| Account No. **1001104370  //  07-CH-30904** <br> **Creditor #: 19** <br> **Carngtn Mtg** <br> **1610 E. St. Andrew** <br> **Santa Ana, CA 92705** | H | | | | **Opened  3/23/05** <br> **Mortgage on 440 N. Wabash Ave., Unit 4206, Chicago, Illinois.  Forclosed upon.  Report of Sale and Distribution and Order of Possession on September 16, 2008.** | | | X | **Unknown** |

Sheet no. __7__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**600.73**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**                                      Case No. _____
         **Ewa Kochanski**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Deutsche Bank** <br> **c/o Wirbicki Law** <br> **33 W. Monroe, Unit 1140** <br> **Chicago, IL 60603** | | | **Representing:** <br> **Carngtn Mtg** | | | | **Notice Only** |
| Account No. **1001104708** <br><br> **Creditor #: 20** <br> **Carngtn Mtg** <br> **1610 E. St. Andrew** <br> **Santa Ana, CA 92705** | | H | **Opened  3/23/05** <br> **Mortgage on 440 N. Wabash, Unit 4204, Chicago.  Short sale on July 18, 2008; debtor paid off $238,884; deficiency, if any, unknown.** | | X | | **Unknown** |
| Account No. **10970323** <br><br> **Creditor #: 21** <br> **Cba** <br> **25954 Eden Landing** <br> **Hayward, CA 94541** | | W | **Opened 10/22/07** <br> **Collection Waters Of Nort** | | X | | **214.00** |
| Account No. **5417-1225-9621-7420** <br><br> **Creditor #: 22** <br> **Chase** <br> **Bank One Card Serv** <br> **Westerville, OH 43081** | | J | **Opened  2/21/97** <br> **Credit account.** | | X | | **11,538.00** |
| Account No. <br><br> **National Action Financial Services** <br> **165 Lawrence Bell Drive, Suite 100** <br> **PO Box 9027** <br> **Buffalo, NY 14231-9027** | | | **Representing:** <br> **Chase** | | | | **Notice Only** |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,752.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**                                                    Case No. _____
         **Ewa Kochanski**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **National Action Financial Services PO Box 9027 Buffalo, NY 14231-9027** | | | Representing: Chase | | | | **Notice Only** |
| Account No. **5466-6403-0006-5884** **Creditor #: 23 Chase Bank One Card Serv Westerville, OH 43081** | | J | Opened 2/01/94 Credit account. | | X | | **11,455.00** |
| Account No. **NCO Finaical Systems, Inc. 507 Prudential Road Horsham, PA 19044** | | | Representing: Chase | | | | **Notice Only** |
| Account No. **008002348555** **Creditor #: 24 Chicago Title Land Trust Company 171 North Clark Street, Suite 575 Chicago, IL 60601** | | J | 06/2008 Trust Documentation for 2348 Manor Lane | | | | **475.00** |
| Account No. **CTLTC 4240 Payscphere Circle Chicago, IL 60674-0042** | | | Representing: Chicago Title Land Trust Company | | | | **Notice Only** |

Sheet no. __**9**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **11,930.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**
    **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1813** <br><br> **Creditor #: 25** <br> **Child, Adolescent & Adult Psychiatr** <br> **Slawomir J. Puszkarski, MD** <br> **5420 N. Milwaukee Avenue** <br> **Chicago, IL 60630** | | J | **09/2007** <br> **Medical** | | | | **203.00** |
| Account No. **1000000431** <br><br> **Creditor #: 26** <br> **Child, Adolescent & Physician** <br> **c/o Freedom Life Insurance** <br> **801 Cherry St., Unit 33** <br> **Fort Worth, TX 76102** | | W | **Medical.** | | X | | **120.00** |
| Account No. **101232566-N** <br><br> **Freedom Life Insurance** <br> **801 Cherry St.,** <br> **Unit 33** <br> **Fort Worth, TX 76102** | | | **Representing:** <br> **Child, Adolescent & Physician** | | | | **Notice Only** |
| Account No. **5424-1801-9254-0562** <br><br> **Creditor #: 27** <br> **Citi** <br> **Pob 6241** <br> **Sioux Falls, SD 57117** | | J | **Opened  5/01/89** <br> **Credit account.** | | X | | **2,477.00** |
| Account No. **0601 15034801** <br><br> **Creditor #: 28** <br> **CNA Surety** <br> **8137 Innovation Way** <br> **Chicago, IL 60682** | X | J | **Insurance** <br> **Business Expense.** | | | | **50.00** |

Sheet no. __**10**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,850.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
**Ewa Kochanski**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **198-1038** | | | **07/2007** **Medical.** | | | | |
| **Creditor #: 29** **Colonial Dental Group** **c/o MCS Collections, Inc.** **725 S. Wells St., Suite 501** **Chicago, IL 60607** | | J | | | | | 256.00 |
| Account No. **198-1038** | | | | | | | |
| **MCS Collections, Inc.** **725 S. Wells St.,** **Suite 501** **Chicago, IL 60607** | | | **Representing:** **Colonial Dental Group** | | | | Notice Only |
| Account No. **2545069003** | | | **Prior to 10/2008** **Utility** | | | | |
| **Creditor #: 30** **Comed** **Customer Care Center** **PO Box 87522** **Chicago, IL 60680** | | J | | | X | | 550.32 |
| Account No. | | | | | | | |
| **ComED** **Bill Payment Center** **Chicago, IL 60668-0001** | | | **Representing:** **Comed** | | | | Notice Only |
| Account No. **COMED: 26499** | | | | | | | |
| **Contract Callers, Inc.** **Po Box 212489** **Augusta, GA 30917-2489** | | | **Representing:** **Comed** | | | | Notice Only |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

806.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
    **Ewa Kochanski**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 8476929024 | | | | | 12/2007 | | | | |
| Creditor #: 31 DeFusco Industrial Supply PO Box 7129 Tempe, AZ 85281-7129 | | | J | | Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor | | | | |
| | | | | | | | | | 174.27 |
| Account No. 1171593 | | | | | Business credit account. | | | | |
| Creditor #: 32 DeFusco Industrial Supply 1953 E. Apache Blvd. PO Box 7129 Tempe, AZ 85281-7129 | X | | J | | | | | | |
| | | | | | | | | | 204.65 |
| Account No. 07-CH-27537 | | | | | Mortgage on 440 N. Wabash Ave., Unit 4204, Chicago, Illinois.  Sold at short sale aprox. Aug. 2008.  Release & Satisfaction of Mortgage Recorded Aug. 2008. Included for purposes of notice and discharge of any outstanding debt. | | | X | |
| Creditor #: 33 Deutsche Bank, N.A. c/o Fisher & Shapiro, LLC 4201 Lake Cook Rd. Northbrook, IL 60062 | | | J | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 500363036 | | | | | Marketing. Business Expense. | | | | |
| Creditor #: 34 DEX 8519 Innovation Way Chicago, IL 60682-0085 | X | | J | | | | | | |
| | | | | | | | | | 3,075.00 |
| Account No. JA Tuckpointing, Inc. | | | | | 06/2007 | | | | |
| Creditor #: 35 Enterprise Law Group, LLC 70 W. Madison, Suite 740 Chicago, IL 60602 | | | J | | Business Expenses, Legal Fees | | | | |
| | | | | | | | | | 4,908.00 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,361.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**                                                    Case No. _____
        **Ewa Kochanski**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **343-001** <br><br>**Creditor #: 36** <br>**Enterprise Law Group, LLC** <br>**70 W. Madison, Suite 740** <br>**Chicago, IL 60602** | | J | **Legal fees.** | | | | **3,075.00** |
| Account No. **ending 3386** <br><br>**Creditor #: 37** <br>**First Equity Card Corporation** <br>**Experian** <br>**475 Anton Boulevard** <br>**Costa Mesa, CA 92626** | | J | **03/2008** <br>**Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | **744.00** |
| Account No. **4418-2292-8133-1291** <br><br>**Creditor #: 38** <br>**First National Bank of Omaha** <br>**c/o CCB Credit Services, Inc.** <br>**PO BOX 272** <br>**Springfield, IL 62705-0272** | | J | **03/2008** <br>**Credit Account** | | | | **1,859.06** |
| Account No. <br><br>**CCB** <br>**5300 S 6th Street** <br>**Springfield, IL 62703-5184** | | | **Representing:** <br>**First National Bank of Omaha** | | | | **Notice Only** |
| Account No. **4418-2292-1542-0426** <br><br>**Creditor #: 39** <br>**First National Bank of Omaha** <br>**c/o CCB Credit Services, Inc.** <br>**PO BOX 272** <br>**Springfield, IL 62705-0272** | | J | **02/2008** <br>**Credit account** | | | | **2,069.06** |

Sheet no. __**13**__ of __**29**__ sheets attached to Schedule of                              Subtotal                 **7,747.12**
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
  **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**CCB**<br>**5300 S 6th Street**<br>**Springfield, IL 62703-5184** | | J | | **Representing:**<br>**First National Bank of Omaha** | | | | **Notice Only** |
| Account No. 75368963<br>**Creditor #: 40**<br>**FMS, Inc.**<br>**PO BOX 707600**<br>**Tulsa, OK 74170-7600** | | J | | **Prior to 10/2008**<br>**Credit Account**<br>**Wells Fargo Financial**<br>**No. 17803430** | | | | **1,063.53** |
| Account No. <br><br>**FMS, Inc.**<br>**4915 South Union Avenue**<br>**Tulsa, OK 74107** | | | | **Representing:**<br>**FMS, Inc.** | | | | **Notice Only** |
| Account No. 44846731541<br>**Creditor #: 41**<br>**Fnb Omaha**<br>**P.O. Box 3412**<br>**Omaha, NE 68197** | | J | | **Opened  3/01/03**<br>**Business Credit account; maybe personally guaranteed by debtor.** | | X | | **2,069.00** |
| Account No. 30920517900<br>**Creditor #: 42**<br>**Fnb Omaha**<br>**P.O. Box 3412**<br>**Omaha, NE 68197** | | J | | **Opened  3/01/03**<br>**Business Credit account; maybe personally guaranteed by debtor.** | | X | | **1,859.00** |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,991.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
       **Ewa Kochanski**

_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 36499895075 | | | | Opened  3/01/03 | | | | |
| Creditor #: 43 Fnb Omaha P.O. Box 3412 Omaha, NE 68197 | | | J | Business Credit account; maybe personally guaranteed by debtor. | | X | | |
| | | | | | | | | 1,774.00 |
| Account No. 5178-0076-8395-9969 | | | | Opened 12/28/04 | | | | |
| Creditor #: 44 Fst Premier 3820 N Louise Ave Sioux Falls, SD 57104 | | | J | Credit account. | | X | | |
| | | | | | | | | 734.00 |
| Account No. | | | | | | | | |
| FNCB, Inc. PO Box 51660 Sparks, NV 89435 | | | | Representing: Fst Premier | | | | Notice Only |
| Account No. 2146864 | | | | Corporate Tax | | | | |
| Creditor #: 45 GC Services Limited Partnership Po Box 79(037) Elgin, IL 60121 | X | | J | | | | | |
| | | | | | | | | 144.25 |
| Account No. 7714-1000-4396-1010 | | | | Opened 4/01/07 | | | | |
| Creditor #: 46 GE Money Bank LVNV Funding PO BOX 10584 Greenville, SC 29603 | | W | | Factoring Company Account; Credit account. | | X | | |
| | | | | | | | | 716.00 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,368.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
     **Ewa Kochanski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Encore Receivable Management, Inc.** <br> **400 N. Rogers Rd.** <br> **PO Box 3330** <br> **Olathe, KS 66063-3333** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **GE Money Bank/Sam's Club** <br> **PO Box 530942** <br> **Atlanta, GA 30353-0942** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Redline Recovery Services, LLC** <br> **2350 North Foret Road, Ste. 31-B** <br> **Getzville, NY 14068** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |
| Account No. 08-M1-104472 | | | **Breach of contract complaint against business; personally guaranteed by debtor.** | | | | |
| **Creditor #: 47** <br> **Heller Lumber Co.** <br> **c/o Teller Levit Silvertrust** <br> **11 E. Adams, 8th Floor** <br> **Chicago, IL 60603** | J | | | | X | | **5,311.00** |
| Account No. 6035-3220-0346-8638 | | | **10/2007** <br> **Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | |
| **Creditor #: 48** <br> **Home Depost Credit Serviecs** <br> **PO Box 6029** <br> **The Lakes, NV 88901-6029** | J | | | | | | **6,679.38** |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,990.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
        **Ewa Kochanski**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0000007571056857** | | | | Credit account. | | | | |
| Creditor #: 49 **Household Retail Services c/o Houston Funding II, LTD. 2620 Fountainview, #305 Houston, TX 77057** | | J | | | | | | 1,129.91 |
| Account No. **SAKS** | | | | | | | | |
| **Houston Funding II, LLC 2620 Fountainview, Suite 305 Houston, TX 77057** | | | | Representing: **Household Retail Services** | | | | Notice Only |
| Account No. **757105** | | | | Opened 10/16/91 Credit account. | | | | |
| Creditor #: 50 **Hsbc/Saks Pob 15521 Wilmington, DE 19805** | | W | | | | X | | 1,130.00 |
| Account No. | | | | | | | | |
| **Corporate Receivables, Inc. Po Box 32995 Phoenix, AZ 85064-2995** | | | | Representing: **Hsbc/Saks** | | | | Notice Only |
| Account No. **999999999** | | | | Medical. | | | | |
| Creditor #: 51 **Illinois Department of Public c/o Freedom Life Insurance 801 Cherry St., Unit 33 Fort Worth, TX 76102** | | W | | | | X | | 5,722.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,981.91

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**                                    Case No. _____
         **Ewa Kochanski**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **092032586-N** | | | | | | | |
| **Freedom Life Insurance**<br>**801 Cherry St.,**<br>**Unit 33**<br>**Fort Worth, TX 76102** | | J | **Representing:**<br>**Illinois Department of Public** | | | | **Notice Only** |
| Account No. **716756** | | | **Prior to 04/2008**<br>**Credit Account**<br>**Chase Bank** | | | | |
| **Creditor #: 52**<br>**Integrated Portfolio Mtg., Inc.**<br>**PO Box 3352**<br>**Glen Ellyn, IL 60138-3352** | | J | | | | | **11,538.34** |
| Account No. **07-M1-175747** | | | **Breach of Contract for labor and materials; business expense; personally guaranteed by debtor.** | | | | |
| **Creditor #: 53**<br>**JA Tuckpointing, Inc.**<br>**c/o Baker, Miller, Markoff, & Krasn**<br>**29 N. Wacker Drive, 5th Floor**<br>**Chicago, IL 60606** | | J | | | X | | **41,658.00** |
| Account No. **4802-1322-9984-1257** | | | **Prior to 05/2008**<br>**Business Expenses; personally guaranteed by debtor.**<br>**Capital One** | | | | |
| **Creditor #: 54**<br>**James A. West, P.C.**<br>**6380 Rogerdale Road, Suite 130**<br>**Houston, TX 77072-1612** | | J | | | X | | **9,281.21** |
| Account No. **08-M1-163830** | | | **Breach of contract; services; personally guaranteed by debtor.** | | | | |
| **Creditor #: 55**<br>**John Furgala Landscape**<br>**8550 W. Grand Ave., Unit 206**<br>**River Grove, IL 60171** | | J | | | X | | **1,526.00** |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **64,003.55**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**                                                          Case No. _____
     **Ewa Kochanski**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 56**<br>**Joszeph Sleszynski** | | J | **Personal loan** | | X | | **10,000.00** |
| Account No.<br>**Creditor #: 57**<br>**Jozef & Dorota Sleszynski**<br>**15 Stoneridge**<br>**Barrington, IL** | | J | **2007**<br>**Personal loan** | | X | | **10,000.00** |
| Account No. **DDA199370543993**<br>**Creditor #: 58**<br>**Kb Merrill Associates**<br>**2209 Commerce Rd**<br>**Forest Hill, MD 21050** | | W | **Opened 12/01/07**<br>**CollectionAttorney Us Bank- Overdraft** | | | | **356.00** |
| Account No. **71928860**<br>**Creditor #: 59**<br>**LabCorp**<br>**Po Box 2240**<br>**Burlington, NC 27216-2240** | | J | **10/2007**<br>**Medical** | | | | **64.00** |
| Account No.<br>**Women First Specialists**<br>**6121 N. Elston Avenue**<br>**Chicago, IL 60646** | | | **Representing:**<br>**LabCorp** | | | | **Notice Only** |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **20,420.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
       **Ewa Kochanski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **75446326** | | | | | **10/2007** | | | | |
| **Creditor #: 60** **LabCorp** **Po Box 2240** **Burlington, NC 27216-2240** | | | J | | **Medical** | | | | **433.00** |
| Account No. | | | | | | | | | |
| **Women First Specialists** **6121 N. Elston Avenue** **Chicago, IL 60646** | | | | | **Representing:** **LabCorp** | | | | **Notice Only** |
| Account No. **09-50348-0** | | | | | **04/2009** | | | | |
| **Creditor #: 61** **Livingston Financial LLC** **c/o Messerli & Kramer P.A.** **3033 Campus Dr., # 250** **Plymouth, MN 55441** | | | J | | **Credit account.** | | | | **853.05** |
| Account No. **09-50348-0** | | | | | | | | | |
| **Messerli & Kramer P.A.** **3033 Campus Dr., #250** **Plymouth, MN 55441** | | | | | **Representing:** **Livingston Financial LLC** | | | | **Notice Only** |
| Account No. | | | | | **Personal loan** | | | | |
| **Creditor #: 62** **Marek Matczuk** | | | J | | | | | X | **9,000.00** |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,286.05**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**
         **Ewa Kochanski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 63<br>**Creditor #: 63**<br>**Marek Matczuk & Renata Matczuk**<br>**1488 Dee Road**<br>**Park Ridge, IL 60068** | | J | 2007<br>Personal loan. | | X | | 9,000.00 |
| Account No.<br>**Creditor #: 64**<br>**Midwest Medical Record Associates**<br>**999 Plaza Drive**<br>**Suite 690**<br>**Schaumburg, IL 60173** | | J | Medical. | | | | 83.10 |
| Account No. KOCHAN0002<br>**Creditor #: 65**<br>**Miroslaw J. Walo, MD**<br>**PO Box 7053**<br>**Evanston, IL 60204** | | J | 10/2007<br>Medical | | | | 150.00 |
| Account No. KOCHAN0001<br>**Creditor #: 66**<br>**Miroslaw J. Walo, MD**<br>**PO Box 7053**<br>**Evanston, IL 60204** | | J | 12/2006<br>Medical | | | | 40.00 |
| Account No. 11020193302<br>**Creditor #: 67**<br>**Nationwide Credit & Co**<br>**9919 W Roosevelt Rd**<br>**Westchester, IL 60154** | | H | Opened 12/01/07<br>Collection for Loyola Univ Phys Foundation; medical. | | X | | 95.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,368.10

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**
         **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 11051044346 | | | | Opened 7/01/07 Collection Loyola University Health; medical. | | | | |
| Creditor #: 68 Nationwide Credit & Co 9919 W Roosevelt Rd Westchester, IL 60154 | | H | | | | X | | 80.00 |
| Account No. JUD484 | | | | Prior to 04/2008 Business Expenses Capital One 4115-0726-0091-7911 | | | | |
| Creditor #: 69 NCO Finaical Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | J | | | | | | 926.60 |
| Account No. | | | | Representing: NCO Finaical Systems, Inc. | | | | |
| NCO Financial PO Box 15894 Wilmington, DE 19850-5894 | | | | | | | | Notice Only |
| Account No. 316677 | | | | Opened 6/22/06 Utility Company | | | | |
| Creditor #: 70 Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | W | | | | X | | 1,376.00 |
| Account No. 117854 | | | | Opened 2/06/97 Utility Company | | | | |
| Creditor #: 71 Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | H | | | | X | | 512.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,894.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jan Kochanski,**
       **Ewa Kochanski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **22356** | | | **Opened  6/06/03** **Credit account.** | | | | |
| **Creditor #: 72** **Nordstromfsb** **Po Box 13589** **Scottsdale, AZ 85267** | | W | | | | X | |
| | | | | | | | **1,710.00** |
| Account No. **9437953371** | | | **05/09** **Medical.** | | | | |
| **Creditor #: 73** **Northshore University Healthsystem** **c/o ICS Collection Service** **Po Box 1010** **Tinley Park, IL 60477-9110** | | J | | | | | |
| | | | | | | | **38.00** |
| Account No. **11606660** | | | | | | | |
| **Illinois Collection Service Inc.** **Po Box 1010** **Tinley Park, IL 60477-9110** | | | **Representing:** **Northshore University Healthsystem** | | | | **Notice Only** |
| Account No. **05-6020** | | | **Credit account.** | | | | |
| **Creditor #: 74** **Nova Fire Protection, Inc.** **c/o Transworld Systems** **Po Box 1864** **Santa Rosa, CA 95402** | | W | | | | X | |
| | | | | | | | **1,274.90** |
| Account No. **4726x-0025499085** | | | | | | | |
| **Transworld Systems** **1375 W. Roodfield Rd.** **#110** **Schaumburg, IL 60173** | | | **Representing:** **Nova Fire Protection, Inc.** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __23__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,022.90** |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
         **Ewa Kochanski**                                          Case No. _____
_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5155-9300-0294-8024** | | | **Prior to 11/2008** **Credit account** | | | | |
| **Creditor #: 75** **Orchard Bank** **c/o Protfolio Recovery Associates** **PO Box 12914** **Norfolk, VA 23541** | | J | | | | | |
| | | | | | | | **703.37** |
| Account No. **08-2711785** | | | **11/2008** **Incident # 080402 Medical** | | | | |
| **Creditor #: 76** **Park Ridge Fire Department** **Department 4074** **Carol Stream, IL 60122-4074** | | J | | | | | |
| | | | | | | | **428.23** |
| Account No. **625041** | | | **Medical.** | | | | |
| **Creditor #: 77** **Park Ridge Fire Department** **C/o Computer Collection Service Co.** **5340 N. Clark St.,** **Chicago, IL 60640** | | J | | | | | |
| | | | | | | | **428.23** |
| Account No. **625041** | | | | | | | |
| **Computer Collection Service Co.** **5340 N. Clark St.,** **Chicago, IL 60640** | | | **Representing:** **Park Ridge Fire Department** | | | | **Notice Only** |
| Account No. **52238** | | | **09/2008** **Medical** | | | | |
| **Creditor #: 78** **Pediatric Clinic, Ltd** **6416 W. Belmont** **Chicago, IL 60634** | | J | | | | | |
| | | | | | | | **25.00** |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,584.83**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
        **Ewa Kochanski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 00P625323 <br><br> **Creditor #: 79** <br> **Pekin Insurance** <br> **2505 Court Street** <br> **Pekin, IL 61558** | | J | 10/2007 <br> **Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | 409.00 |
| Account No. 771 5 09 0043961010 <br><br> **Creditor #: 80** <br> **Sam's Club** <br> **PO Box 530970** <br> **Atlanta, GA 30353-0970** | | J | 03/2008 <br> **Personal Expenses** | | | | 348.55 |
| Account No. 528961113 <br><br> **Creditor #: 81** <br> **T-Mobile Financial** <br> **PO Box 2400** <br> **Young America, MN 55553-2400** | | J | 08/2008 <br> **Telephone** | | | | 179.03 |
| Account No. <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | | Representing: <br> **T-Mobile Financial** | | | | **Notice Only** |
| Account No. JA Tuckpointing, Inc. <br><br> **Creditor #: 82** <br> **Taxes-The Financial Services Corp** <br> **7003 1/2 W. Higgins Avenue** <br> **Chicago, IL 60656** | | J | 10/2006 <br> **Business expenses for JA Tuckpointing, Inc professional Services** | | | | 4,668.53 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,605.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
     **Ewa Kochanski**

Case No. _____

_____,
                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **07-CH-30904** <br><br>**Creditor #: 83** <br>**The Plaza 440 Private Residences Co** <br>**c/o Kerry A. Walsh, Esq./Levenfield** <br>**2 N. LaSalle St., Ste. 1300** <br>**Chicago, IL 60602** | | J | | | **Homeowner's assocation dues for 440 N. Wabash Ave., Unit 4206, Chicago, Illinois.  May have been satisfied out of subsequent sale, if any.** | | X | | **5,388.70** |
| Account No. **403784001426** <br><br>**Creditor #: 84** <br>**Us Bank** <br>**Cb Disputes** <br>**Saint Louis, MO 63166** | | J | | | **Opened  2/01/97** <br>**Credit account.** | | X | | **824.00** |
| Account No. <br><br>**Client Services, Inc.** <br>**3451 Harry Truman Boulevard** <br>**Saint Charles, MO 63301-4047** | | | | | **Representing:** <br>**Us Bank** | | | | **Notice Only** |
| Account No. **541005170400** <br><br>**Creditor #: 85** <br>**Us Bank** <br>**Cb Disputes** <br>**Saint Louis, MO 63166** | | J | | | **Opened  2/01/97** <br>**Credit account.** | | X | | **444.00** |
| Account No. **403784001426** <br><br>**Creditor #: 86** <br>**Us Bk Rms Cc** <br>**205 W 4th St** <br>**Cincinnati, OH 45202** | | J | | | **Opened  2/01/97** <br>**Credit account.** | | X | | **834.00** |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,490.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**                                                Case No. _____
         **Ewa Kochanski**
_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1054-1913166** <br><br> **Creditor #: 87** <br> **US Yellow Pages** <br> **Po Box 3110** <br> **Jersey City, NJ 07303-3110** | X | J | **Marketing.** <br> **Business Expense** | | | | **297.00** |
| Account No. **12445992** <br><br> **Creditor #: 88** <br> **Verizon Wireless** <br> **c/o First Revenue Assurance** <br> **Po Box 8546** <br> **Omaha, NE 68108** | | J | **Credit account.** | | | | **328.35** |
| Account No. **028563745900001** <br><br> **First Revenue Assurance** <br> **Po Box 1259** <br> **Dept. 13526** <br> **Oaks, PA 19456** | | | **Representing:** <br> **Verizon Wireless** | | | | **Notice Only** |
| Account No. **07-M1-175747** <br><br> **Creditor #: 89** <br> **Virginia Surety Company, Inc.** <br> **c/o Baker, Miller, Markoff & Krasny** <br> **29 N. Wacke rDrive, 5th Floor** <br> **Chicago, IL 60606-3221** | | J | **Breach of contract law suit against JA Tuckpointing, Inc. Included herein for purposes of discharge of any personal liability.** | | | X | **41,657.00** |
| Account No. <br><br> **Enterprise Law Group, LLP** <br> **70 W. Madison St., Ste. 740** <br> **Chicago, IL 60602** | | | **Representing:** <br> **Virginia Surety Company, Inc.** | | | | **Notice Only** |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,282.35**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jan Kochanski,**
         **Ewa Kochanski**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **75368963** | | | Credit account. | | | | |
| **Creditor #: 90** **Wells Fargo Financial** **c/o Central Credit Services, Inc.** **Po Box 15118** **Jacksonville, FL 32239-5118** | | J | | | | | **1,012.28** |
| Account No. **75368963** | | | | | | | |
| **Central Credit Services** **Po Box 15118** **Jacksonville, FL 32239-5118** | | | Representing: Wells Fargo Financial | | | | **Notice Only** |
| Account No. **855199** | | | Credit account. | | | | |
| **Creditor #: 91** **Wells Fargo LockBox** **c/o Vantuim Capital Inc - SRG** **Po Box 866456** **Plano, TX 75086** | | J | | | | | **197,748.43** |
| Account No. **855199** | | | | | | | |
| **Vantium Capital Inc. - SRG** **Po Box 202646** **Dallas, TX 75320-2646** | | | Representing: Wells Fargo LockBox | | | | **Notice Only** |
| Account No. **R76127-101** | | | 09/2006 | | | | |
| **Creditor #: 92** **Westports Ins. Corp.** **c/o Lamont, Hanley & Assoc., Inc.** **1138 Elm St, PO BOX 179** **Manchester, NH 03101-1514** | | J | **Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | **4,015.00** |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **202,775.71**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jan Kochanski,**
    **Ewa Kochanski**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R76147-141** <br><br>**Creditor #: 93** <br>**Westports Ins. Corp.** <br>**c/o Lamont, Hanley & Assoc., Inc.** <br>**1138 Elm St, PO BOX 179** <br>**Manchester, NH 03101-1514** | | J | **09/20007** <br>**Business Expenses for JA Tuckpointing, Inc. personally guaranteed by debtor** | | | | **502.00** |
| Account No. **1022607-75368963** <br><br>**Creditor #: 94** <br>**Wffinancial** <br>**9001a N Milwaukee** <br>**Niles, IL 60648** | | H | **Opened  2/26/07** <br>**Note loan.** | | X | | **1,147.00** |
| Account No. <br><br>**Central Credit Services** <br>**Po Box 15118** <br>**Jacksonville, FL 32239-5118** | | | **Representing:** <br>**Wffinancial** | | | | **Notice Only** |
| Account No. <br><br>**Wells Fargo Financial** <br>**PO Box 98798** <br>**Las Vegas, NV 89193-8798** | | | **Representing:** <br>**Wffinancial** | | | | **Notice Only** |
| Account No. **KOCHAN0000** <br><br>**Creditor #: 95** <br>**Women First Specialists** <br>**6121 N. Elston Avenue** <br>**Chicago, IL 60646** | | J | **12/2007** <br>**Medical.** | | | | **655.00** |

| | |
|---|---|
| Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **2,304.00** |
| | Total (Report on Summary of Schedules) **737,037.46** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Jan Kochanski,**                                            Case No. _____
      **Ewa Kochanski**

_____,
                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mr. Coperfield**<br>**Park Ridge, IL 60068** | **Residential lease for $1,500 per month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **Jan Kochanski,**
     **Ewa Kochanski**

Case No. _____

_____,
                   Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J A Truckpointing Inc.**<br>**2348 Manor Lane**<br>**Park Ridge, IL 60068** | **US Yellow Pages**<br>**Po Box 3110**<br>**Jersey City, NJ 07303-3110** |
| **J A Truckpointing Inc.**<br>**2348 W Manor Lane**<br>**Park Ridge, IL 60068** | **DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **J A Truckpointing Inc.**<br>**2348 Manor Lane**<br>**Park Ridge, IL 60068** | **CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682** |
| **J A Truckpointing Inc.**<br>**2348 Manor Lane**<br>**Park Ridge, IL 60068-1558** | **GC Services Limited Partnership**<br>**Po Box 79(037)**<br>**Elgin, IL 60121** |
| **J A Tuckpointing Inc.**<br>**2348 Manor Lane**<br>**Park Ridge, IL 60068** | **DeFusco Industrial Supply**<br>**1953 E. Apache Blvd.**<br>**PO Box 7129**<br>**Tempe, AZ 85281-7129** |
| **JA Tuckpointing, Inc.**<br>**2348 Manor Ln.**<br>**Park Ridge, IL 60068** | **Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL 60197-5294** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Jan Kochanski**
**Ewa Kochanski**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Son<br>Mother<br>Father | AGE(S):<br>16<br>19<br>70<br>78 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Pending disability claim** | **Health Care Taker** |
| Name of Employer | **Pending disability claim** | **Home Care & Industrial Svcs, Inc.** |
| How long employed | **Pending** | **2009 to present** |
| Address of Employer | **25 N. Knight**<br>**Park Ridge, IL 60068** | **2120 Shermer Road**<br>**Northbrook, IL 60062** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 991.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 991.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 95.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 95.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 896.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | 0.00 |
| 8. Income from real property | $ 0.00 | 0.00 |
| 9. Interest and dividends | $ 0.00 | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | 0.00 |
| 11. Social security or government assistance<br>(Specify): **Estimated Disability (pending appeal)** | $ 1,300.00 | 0.00 |
| | $ 0.00 | 0.00 |
| 12. Pension or retirement income | $ 0.00 | 0.00 |
| 13. Other monthly income<br>(Specify): **Disability for son** | $ 674.00 | 0.00 |
| | $ 0.00 | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,974.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,974.00 | $ 896.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,870.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re ___Jan Kochanski___
___Ewa Kochanski___                                   Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 80.00 |
| c. Telephone | $ | 85.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 15.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 136.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ | 3,391.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,870.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,391.00 |
| c.   Monthly net income (a. minus b.) | $ | -521.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jan Kochanski**
     **Ewa Kochanski**
_____     Case No. _____
                                    Debtor(s)     Chapter    **7**     _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **44**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **June 29, 2010**          Signature   **/s/ Jan Kochanski**
                                        **Jan Kochanski**
                                        Debtor


Date   **June 29, 2010**          Signature   **/s/ Ewa Kochanski**
                                        **Ewa Kochanski**
                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jan Kochanski**
      **Ewa Kochanski**       Case No. _____

                               Debtor(s)        Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$42,945.00** | **2008:** |
| | **Husband: Gross income from J.A. Tuckpointing, Inc.** |
| **$21,968.00** | **2008:** |
| | **Husband: Carried over net income from J.A. Tuckpointing, Inc.** |
| **$1,179.00** | **2008:** |
| | **Husband: Self employed caregiver (gross & net income from schedule C-EZ)** |

| AMOUNT | SOURCE |
|---|---|
| $292,275.00 | **2008:** |
| | **1. Income taxes evidence a sale of 8323 O'Connor, River Grove, Illinois.  Debtor believes that this sale took place in 2005 or 2006 and funds used to purchase Wabash property.** |
| | **2. '05 refi** |
| | **3. '99 equipment** |
| $1,306.00 | **2008:** |
| | **Wife: Gross wages from J. Jill, LLC** |
| $3,134.00 | **2008:** |
| | **Wife: Gross wages from Nordstrom, Inc.** |
| $1,026.00 | **2008:** |
| | **Wife: Gross wages from House of Brides, Inc.** |
| $5,666.00 | **2009:** |
| | **Wife:  Gross wages from Home Care & Industrial Svcs, Inc.** |
| $10,394.00 | **2009:** |
| | **Wife: Gross wages from House of Bridges, Inc.** |
| $8,690.00 | **2009:** |
| | **Husband: Gross income from self employment (masonry) (from schedule C)** |
| $4,765.00 | **2009:** |
| | **Husband: carried over net income from self employment (masonry)** |
| $9,260.00 | **2009:** |
| | **Wife: Gross income from self employment (indpt. sales)** |
| $8,420.00 | **2009:** |
| | **Wife: Net income from self employment (inptd. sales)** |
| $4,919.00 | **2010:** |
| | **Wife: Gross income from House of Bridges, Inc.** |
| $0.00 | **2010:** |
| | **Husband: Unemployed (no income generated)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $798.00 | **2008:** |
| | **Income tax return** |
| $3,535.00 | **2009:** |
| | **Income tax return** |
| $17,381.00 | **2008:** |
| | **Gross rental income** |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mr. Coperfield**<br>**Park Ridge, IL 60068** | **Rent (once per month)** | **$4,500.00** | **$0.00** |

None
■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

    **4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank, N.A. v. Jan & Ewa Kochanski**<br>**No. 08-CH-29600** | **Forclosure** | **Cook County, Illinois** | **Report of Sle & Distribution, and Order of Possession entered July 29, 2008** |
| **Deutsche Bank v. Ewa & Jan Kochanski, et. al.**<br>**No. 07-CH-30904** | **Forclosure** | **Cook County, Illinois** | **Report of Sale and Distribution and Order of Possession entered Sept. 16, 2008** |
| **Deutsche Bank Natl. v. Jan & Ewa Kochanski**<br>**No. 07-CH-27537** | **Forclosure** | **Cook County, Illinois** | **Dismissed on Plaintiff's Motion on August 12, 2008.** |
| **John Furgala Landscape v. Jan Kochanski**<br>**No. 08-M1-163830** | **Breach of Contract** | **Cook County, Illinois** | **Ex Parte Judgment for Plaintiff on Sept. 18, 2008.** |
| **Heller Lumber Co., v. Ewa Kochanski**<br>**08-M1-104472** | **Breach of Contract** | **Cook County, Illinois** | **Ex Parte Judgment for Plaintiff on April 8, 2008.** |
| **Virginia Surety Company, Inc. v. JA Tuckpointing, Inc.**<br>**07-M1-175747** | **Breach of Contract against Corporation** | **Cook County, Illinois** | **Ex Parte Judgment for Plaintiff on January 17, 2008.** |
| **JA Tuckpointing, Inc. v. Jan Kochanski**<br>**No. 07-M1-175747** | **Breach of Contract; labor** | **Cook County, Illinois** | **Judgment entered on Jan. 17, 2008.** |
| **Capital One Bank (USA), N.A. v. jan Kochanski**<br>**No. 08-M1-199045** | **Breach of Contract/Collections** | **Cook County, Illinois** | **Judgment against debtor aprox. 11 March 2010** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Disability appeal for husband** | **Disability** | | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **03 December 2008** | **$500.00** |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **16 June 2010** | **$1,500.00** |

**10. Other transfers**

None
☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Matthew M. Marcotte**<br>**440 North Wabash Ave., Unit 4202**<br>**Chicago, IL 60611**<br>   **Purchaser** | **18 July 2008** | **440 N. Wabash Ave., Unit 4204**<br>**Chicago, Illinois 60611**<br>**Short Sale**<br>**Gross Proceeds: $278,000** |
| **Unknown** | **November 5, 2008** | **2008 Taxes evidence a sale of an " '05 Refi."  No gross sale's price.  Debtor does not recall the nature of same.  Cost shows: $3,267.** |
| **Unknown** | **December 31, 2008** | **2008 Taxes evidence a sale of an " '99 Equipment."  No gross sale's price.  Debtor does not recall the nature of same.  Cost shows: $1,507.** |
| **Unknown** | | **2008 Taxes show sale of 8323 O'Connor LK in Nov. 2008; in fact, the O'Connor property was sold aprox. 2005 or 2006, the proceeds of which went to purchase the Wabash property (which subsequently went into forclosure).  Debtor is contact accountant to determine discrepency.  Included for purposes of notice.** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Carrington Mortgage**<br>**PO Box 1838**<br>**Columbus, OH 43216** | **Mortgage on 440 N. Wabash, Unit 4204, Chicago, Illinois** | **Paid: $238,884 - Short Sale July 18, 2008** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **J.A. Tuckpointing, Inc.** | 36-3823907 | **25 N. Knight Park Ridge, IL 60068** | **Contractor/tuckpointing** | **02 April 1992 to 31 Dec. 2008** |
| **John's Masonry, LLC** | 35-2178745 | **25 N. Knight Park Ridge, IL 60068** | **Contractor/Masonry** | **21 August 2002 to 31 Dec. 2007** |
| **Self employed contractor** | xxx-xx-0620 | **25 N. Knight Park Ridge, IL 60068** | **Self employed contractor** | **2007 to Dec. 2009.** |

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Indep. sales** | **xxx-xx-9385** | **25 N. Knight Park Ridge, IL 60068** | **Indpt. sales rep.** | **2009** |

None

■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None

☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Taxes The Financial Services Corp. 7003 1/2 W. Higgins Ave. Chicago, IL 60656** | **2008 and 2009 Income Tax Rentrus.** |

None

■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None

■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None

■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

---

**20. Inventories**

None

■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None

■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

9

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **June 29, 2010**                   Signature    **/s/ Jan Kochanski**

                                                      **Jan Kochanski**

                                                        Debtor

Date    **June 29, 2010**                   Signature    **/s/ Ewa Kochanski**

                                                         **Ewa Kochanski**

                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jan Kochanski**
**Ewa Kochanski**
_____
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 29, 2010** _____     Signature **/s/ Jan Kochanski** _____
**Jan Kochanski**
Debtor

Date **June 29, 2010** _____     Signature **/s/ Ewa Kochanski** _____
**Ewa Kochanski**
Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jan Kochanski**
**Ewa Kochanski**

Case No. _____

Debtor(s)

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,701.00** |
| Prior to the filing of this statement I have received | $ | **1,701.00** |
| Balance Due | $ | **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 29, 2010**

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600  Fax: 847-676-8601**
**ayk@ameritech.net**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jan Kochanski**
      **Ewa Kochanski**
                                       Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | | |
|---|---|---|---|
| **Jan Kochanski** | | | |
| **Ewa Kochanski** | X | **/s/ Jan Kochanski** | **June 29, 2010** |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | **/s/ Ewa Kochanski** | **June 29, 2010** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jan Kochanski**
      **Ewa Kochanski**                                  Case No. _____
                                Debtor(s)            Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **157**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 29, 2010**               **/s/ Jan Kochanski** _____
                                      **Jan Kochanski**
                                      Signature of Debtor

Date:    **June 29, 2010**               **/s/ Ewa Kochanski** _____
                                      **Ewa Kochanski**
                                      Signature of Debtor

Advanced Radiology Associates
c/o Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


Alexian Brothers Medical Group
PO Box 843147
Boston, MA 02284-3147


American Home Mtg Svci
4600 Regent Blvd Ste 200
Irving, TX 75063


American Recovery Service, Inc.
L.V. Call Center
555 St. Charles Dr, Suite 100
Thousand Oaks, CA 91360


Amrcn Hm Mtg
Po B   631730
Irving, TX 75063


Arrow Fincl
8589 Aero Drive
San Diego, CA 92123


Arrow Ser
5996 West Touhy Ave  Po # Smi-0000013221
Niles, IL 60714


ARSI
LV CAll Center
PO Box 1025
Thousand Oaks, CA 91358-0025


Asset Accept
Po Box 2036
Warren, MI 48090


AT&T
c/o American Recovery Services, Inc
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360

```
AT&T /Dex
8519 Innowation Way
Chicago, IL 60682-0085


Bank of America
PO Box 15726
Wilmington, DE 19886-5710


Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713


Blitt & Gains, P.C.
661 Glenn Ave.
Wheeling, IL 60090


Bonaventure Medical Corp
PO Box 843147
Boston, MA 02284-3147


Bonaventure Medical Corp
3040 Salt Creek Lane
Arlington Heights, IL 60005


Cap One
Pob 30281
Salt Lake City, UT 84130


Cap One
Pob 30281
Salt Lake City, UT 84130


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
PO Box 5294
Carol Stream, IL 60197-5294


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285
```

Capital One
PO Box 5294
Carol Stream, IL 60197-5294


Capital One
PO Box 70884
Charlotte, NC 28272-0884


Capital One
PO Box 5294
Carol Stream, IL 60197-5294


Capital One Bank
c/o NCO Financial
507 Prudential Road
Horsham, PA 19044


Capital One Bank, N.A.
MRC Associates, Inc.
1930 Olney Ave.,
Cherry Hill, NJ 08003


Capital One Services
Po Box 26094
Richmond, VA 23260-6094


Carngtn Mtg
1610 E. St. Andrew
Santa Ana, CA 92705


Carngtn Mtg
1610 E. St. Andrew
Santa Ana, CA 92705


Cba
25954 Eden Landing
Hayward, CA 94541


CCB
5300 S 6th Street
Springfield, IL 62703-5184


CCB
5300 S 6th Street
Springfield, IL 62703-5184

Central Credit Services
Po Box 15118
Jacksonville, FL 32239-5118


Central Credit Services
Po Box 15118
Jacksonville, FL 32239-5118


Chase
Bank One Card Serv
Westerville, OH 43081


Chase
Bank One Card Serv
Westerville, OH 43081


Chicago Title Land Trust Company
171 North Clark Street, Suite 575
Chicago, IL 60601


Child, Adolescent & Adult Psychiatr
Slawomir J. Puszkarski, MD
5420 N. Milwaukee Avenue
Chicago, IL 60630


Child, Adolescent & Physician
c/o Freedom Life Insurance
801 Cherry St., Unit 33
Fort Worth, TX 76102


Citi
Pob 6241
Sioux Falls, SD 57117


Client Services, Inc.
3451 Harry Truman Boulevard
Saint Charles, MO 63301-4047


CNA Surety
8137 Innovation Way
Chicago, IL 60682

Colonial Dental Group
c/o MCS Collections, Inc.
725 S. Wells St., Suite 501
Chicago, IL 60607


Comed
Customer Care Center
PO Box 87522
Chicago, IL 60680


ComED
Bill Payment Center
Chicago, IL 60668-0001


Computer Collection Service Co.
5340 N. Clark St.,
Chicago, IL 60640


Contract Callers, Inc.
Po Box 212489
Augusta, GA 30917-2489


Corporate Receivables, Inc.
Po Box 32995
Phoenix, AZ 85064-2995


CTLTC
4240 Payscphere Circle
Chicago, IL 60674-0042


DeFusco Industrial Supply
PO Box 7129
Tempe, AZ 85281-7129


DeFusco Industrial Supply
1953 E. Apache Blvd.
PO Box 7129
Tempe, AZ 85281-7129


Deutsche Bank
c/o Wirbicki Law
33 W. Monroe, Unit 1140
Chicago, IL 60603

Deutsche Bank, N.A.
c/o Fisher & Shapiro, LLC
4201 Lake Cook Rd.
Northbrook, IL 60062


DEX
8519 Innovation Way
Chicago, IL 60682-0085


Dex
Customer Care
1615 Bluff City Highway
Bristol, TN 37620


Encore Receivable Management, Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3333


Enterprise Law Group, LLC
70 W. Madison, Suite 740
Chicago, IL 60602


Enterprise Law Group, LLC
70 W. Madison, Suite 740
Chicago, IL 60602


Enterprise Law Group, LLP
70 W. Madison St., Ste. 740
Chicago, IL 60602


Fidelity National Credit Services
Po Box 3051
Orange, CA 92857


First Equity Card Corporation
Experian
475 Anton Boulevard
Costa Mesa, CA 92626


First National Bank of Omaha
c/o CCB Credit Services, Inc.
PO BOX 272
Springfield, IL 62705-0272

First National Bank of Omaha
c/o CCB Credit Services, Inc.
PO BOX 272
Springfield, IL 62705-0272

First Revenue Assurance
Po Box 1259
Dept. 13526
Oaks, PA 19456

FMS, Inc.
PO BOX 707600
Tulsa, OK 74170-7600

FMS, Inc.
4915 South Union Avenue
Tulsa, OK 74107

Fnb Omaha
P.O. Box 3412
Omaha, NE 68197

Fnb Omaha
P.O. Box 3412
Omaha, NE 68197

Fnb Omaha
P.O. Box 3412
Omaha, NE 68197

FNCB, Inc.
PO Box 51660
Sparks, NV 89435

Freedom Life Insurance
801 Cherry St.,
Unit 33
Fort Worth, TX 76102

Freedom Life Insurance
801 Cherry St.,
Unit 33
Fort Worth, TX 76102

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57104


GC Services Limited Partnership
Po Box 79(037)
Elgin, IL 60121


GE Money Bank
LVNV Funding
PO BOX 10584
Greenville, SC 29603


GE Money Bank/Sam's Club
PO Box 530942
Atlanta, GA 30353-0942


Heller Lumber Co.
c/o Teller Levit Silvertrust
11 E. Adams, 8th Floor
Chicago, IL 60603


Home Depost Credit Serviecs
PO Box 6029
The Lakes, NV 88901-6029


Household Retail Services
c/o Houston Funding II, LTD.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, LLC
2620 Fountainview, Suite 305
Houston, TX 77057


Hsbc/Saks
Pob 15521
Wilmington, DE 19805


Illinois Collection Service Inc.
Po Box 1010
Tinley Park, IL 60477-9110

Illinois Department of Employment S
PO Box 19286
Springfield, IL 62794-9286


Illinois Department of Public
c/o Freedom Life Insurance
801 Cherry St., Unit 33
Fort Worth, TX 76102


Integrated Portfolio Mtg., Inc.
PO Box 3352
Glen Ellyn, IL 60138-3352


J A Truckpointing Inc.
2348 Manor Lane
Park Ridge, IL 60068


J A Truckpointing Inc.
2348 W Manor Lane
Park Ridge, IL 60068


J A Truckpointing Inc.
2348 Manor Lane
Park Ridge, IL 60068


J A Truckpointing Inc.
2348 Manor Lane
Park Ridge, IL 60068-1558


J A Tuckpointing Inc.
2348 Manor Lane
Park Ridge, IL 60068


JA Tuckpointing, Inc.
c/o Baker, Miller, Markoff, & Krasn
29 N. Wacker Drive, 5th Floor
Chicago, IL 60606


JA Tuckpointing, Inc.
2348 Manor Ln.
Park Ridge, IL 60068


James A. West, P.C.
6380 Rogerdale Road, Suite 130
Houston, TX 77072-1612

John Furgala Landscape
8550 W. Grand Ave., Unit 206
River Grove, IL 60171


Joszeph Sleszynski



Jozef & Dorota Sleszynski
15 Stoneridge
Barrington, IL


Kb Merrill Associates
2209 Commerce Rd
Forest Hill, MD 21050


LabCorp
Po Box 2240
Burlington, NC 27216-2240


LabCorp
Po Box 2240
Burlington, NC 27216-2240


Livingston Financial LLC
c/o Messerli & Kramer P.A.
3033 Campus Dr., # 250
Plymouth, MN 55441


Marek Matczuk



Marek Matczuk & Renata Matczuk
1488 Dee Road
Park Ridge, IL 60068


MCS Collections, Inc.
725 S. Wells St.,
Suite 501
Chicago, IL 60607


Messerli & Kramer P.A.
3033 Campus Dr., #250
Plymouth, MN 55441

Midwest Medical Record Associates
999 Plaza Drive
Suite 690
Schaumburg, IL 60173


Miroslaw J. Walo, MD
PO Box 7053
Evanston, IL 60204


Miroslaw J. Walo, MD
PO Box 7053
Evanston, IL 60204


Mr. Coperfield
Park Ridge, IL 60068


MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


National Action Financial Services
165 Lawrence Bell Drive, Suite 100
PO Box 9027
Buffalo, NY 14231-9027


National Action Financial Services
PO Box 9027
Buffalo, NY 14231-9027


Nationwide Credit & Co
9919 W Roosevelt Rd
Westchester, IL 60154


Nationwide Credit & Co
9919 W Roosevelt Rd
Westchester, IL 60154


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial
PO Box 17080
Wilmington, DE 19850-7080


NCO Financial
PO Box 15894
Wilmington, DE 19850-5894


NCO Financial
PO Box 15894
Wilmington, DE 19850-5894


NCO Financial
PO Box 15894
Wilmington, DE 19850-5894


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nordstromfsb
Po Box 13589
Scottsdale, AZ 85267


Northshore University Healthsystem
c/o ICS Collection Service
Po Box 1010
Tinley Park, IL 60477-9110


Nova Fire Protection, Inc.
c/o Transworld Systems
Po Box 1864
Santa Rosa, CA 95402

Orchard Bank
c/o Protfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Park Ridge Fire Department
Department 4074
Carol Stream, IL 60122-4074

Park Ridge Fire Department
C/o Computer Collection Service Co.
5340 N. Clark St.,
Chicago, IL 60640

Pediatric Clinic, Ltd
6416 W. Belmont
Chicago, IL 60634

Pekin Insurance
2505 Court Street
Pekin, IL 61558

Real Time Resolutions, Inc.
PO Box 36655
Dallas, TX 75235-1655

Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235-1655

Redline Recovery Services, LLC
2350 North Foret Road, Ste. 31-B
Getzville, NY 14068

Sam's Club
PO Box 530970
Atlanta, GA 30353-0970

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

T-Mobile Financial
PO Box 2400
Young America, MN 55553-2400

Taxes-The Financial Services Corp
7003 1/2 W. Higgins Avenue
Chicago, IL 60656


The Plaza 440 Private Residences Co
c/o Kerry A. Walsh, Esq./Levenfield
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602


Transworld Systems
1375 W. Roodfield Rd.
#110
Schaumburg, IL 60173


Us Bank
Cb Disputes
Saint Louis, MO 63166


Us Bank
Cb Disputes
Saint Louis, MO 63166


US Bank, N.A.
c/o Codilis & Assoc.
15W030 N. Frontage Rd.
Burr Ridge, IL 60527


Us Bk Rms Cc
205 W 4th St
Cincinnati, OH 45202


US Yellow Pages
Po Box 3110
Jersey City, NJ 07303-3110


Vantium Capital Inc. - SRG
Po Box 202646
Dallas, TX 75320-2646


Verizon Wireless
c/o First Revenue Assurance
Po Box 8546
Omaha, NE 68108

Virginia Surety Company, Inc.
c/o Baker, Miller, Markoff & Krasny
29 N. Wacke rDrive, 5th Floor
Chicago, IL 60606-3221


Wells Fargo Financial
c/o Central Credit Services, Inc.
Po Box 15118
Jacksonville, FL 32239-5118


Wells Fargo Financial
PO Box 98798
Las Vegas, NV 89193-8798


Wells Fargo LockBox
c/o Vantuim Capital Inc - SRG
Po Box 866456
Plano, TX 75086


Westports Ins. Corp.
c/o Lamont, Hanley & Assoc., Inc.
1138 Elm St, PO BOX 179
Manchester, NH 03101-1514


Westports Ins. Corp.
c/o Lamont, Hanley & Assoc., Inc.
1138 Elm St, PO BOX 179
Manchester, NH 03101-1514


Wffinancial
9001a N Milwaukee
Niles, IL 60648


Women First Specialists
6121 N. Elston Avenue
Chicago, IL 60646


Women First Specialists
6121 N. Elston Avenue
Chicago, IL 60646


Women First Specialists
6121 N. Elston Avenue
Chicago, IL 60646

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Jan Kochanski**
      **Ewa Kochanski**

Debtor(s)

Case No. _____

Chapter   **7**

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

     **Jan Kochanski**
     **Ewa Kochanski**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").

**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").

**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on   **June 29, 2010**

                       **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                       Signature
                       **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                       **6272494**

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jan Kochanski**
      **Ewa Kochanski**                       Case No. _____
                        Debtor(s)       Chapter     **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Jan Kochanski**
                          **Jan Kochanski**

Date:   **June 29, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jan Kochanski**
   **Ewa Kochanski**
_____
                                              Debtor(s)

Case No. _____

Chapter   **7**   _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Ewa Kochanski**
_____
                     **Ewa Kochanski**

Date:   **June 29, 2010**
_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jan Kochanski,**
**Ewa Kochanski**

Case No. _____

_____,
                              Debtors

Chapter_____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____**June 29, 2010**_____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**_____
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jan Kochanski**
**Ewa Kochanski** _____     Case No. _____
                                                      Debtor(s)         Chapter    **7**    _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Jan Kochanski__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, __Ewa Kochanski__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **June 29, 2010** _____     Signature  **/s/ Jan Kochanski** _____
                                                       **Jan Kochanski**
                                                       Debtor

Date  **June 29, 2010** _____     Signature  **/s/ Ewa Kochanski** _____
                                                       **Ewa Kochanski**
                                                       Joint Debtor

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)      the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)      the effect of receiving a discharge of debts
(3)      the effect of reaffirming a debt; and
(4)      your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Jan Kochanski | June 29, 2010 | /s/ Ewa Kochanski | June 29, 2010 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy